IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COULTIN ELECTRIC, INC.,

      Plaintiff,

v.                                     CASE NO. 4:12-cv-604-MW/CAS

SAFECO INSURANCE COMPANY
OF AMERICA,

      Defendant.
_____/

## ORDER DENYING ECF No. 8 MOTION AS MOOT

The Court has considered, without hearing, the Defendant's Motion For Judgment on the Pleadings, ECF No. 8, filed January 9, 2013. The Court DENIES the same as moot inasmuch as Defendant has filed ECF No. 12, Defendant's Amended Motion For Judgment on the Pleadings.

SO ORDERED on February 22, 2013.

                                            s/Mark E. Walker         
                                            United States District Judge