IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COLTIN ELECTRIC, INC.,**

    **Plaintiff,**

v.                              CASE NO. 4:12cv604-MW/CAS

**SAFECO INSURRANCE COMPANY
OF AMERICA,**

    **Defendant.**
_____/

**ORDER DENYING AMENDED MOTION FOR
<u>JUDGMENT ON THE PLEADINGS</u>**

This is an action on a payment bond. Before this Court is Defendant's Amended Motion for Judgment on the Pleadings, ECF No. 12, wherein Defendant argues that the action is time-barred because Plaintiff did not institute this action within one year of Plaintiff's last furnishing of labor, services or materials.

Whether this Court treats Defendant's motion as a motion for judgment on the pleadings or a motion for summary judgment, the motion is due to be denied because there are material facts in dispute; namely, whether Plaintiff furnished

labor, services or materials within one year of instituting this action.

For these reasons,

It is ordered,

Defendant's Amended Motion for Judgment on the Pleadings, ECF No. 12, is **DENIED**.

SO ORDERED on February 24, 2013.

                                               s/Mark E. Walker  
                                               United States District Judge